| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>Plaintiff,<br><br>v.<br><br>R. ST. ANDRA, et al.,<br><br>Defendants. | Case No. 1:17-cv-00328-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION FOR ORDER FOR POSTAGE**<br><br>**(ECF NO. 32)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Eighth Amendment claims against CO Jane Doe and CO Benson; a conspiracy claim against CO Jane Doe and CO Benson; and a First Amendment retaliation claim against CO Davis.

Before the Court is Plaintiff's April 9, 2018 motion "Requesting Order for Postage to Send Plaintiff's Opposition for Summary Judgment Re Exhaustion to Defendants." (ECF No. 32.) Plaintiff states that he was provided sufficient postage to send his summary judgment opposition to the Court, and indeed the Court has received the opposition. (ECF No. 33.) However, he does not have sufficient postage to send the opposition to the Deputy Attorney General assigned to this case.

Plaintiff is reminded that he need not copy documents and serve them on defense counsel if they are filed with the Court. As Plaintiff has been advised (ECF No. 2), once an attorney for a defendant appears in the action, that attorney's office will receive notice of all filings through the Court's electronic filing system (CM/ECF). Plaintiff need not serve documents on counsel for Defendants; the date of the electronic Notice from ECM/ECF is the date of service. Thus, Plaintiff is only required to serve documents on defense counsel if those documents <u>will not</u> be filed with the Court, i.e., discovery documents.

Accordingly, Defendants have been served with Plaintiff's opposition by way of CM/ECF. Plaintiff's motion is moot and on that basis is HEREBY DENIED.

IT IS SO ORDERED.

Dated: April 15, 2018             /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE