UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>Plaintiff,<br><br>v.<br><br>BENSON, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00328-LJO-JDP<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION REQUESTING COURT ORDER<br><br>(Doc. No. 36) |

Plaintiff Efren Danielle Bullard is proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at Kern Valley State Prison ("KVSP"). The court screened the petition and found cognizable plaintiff's claims for (1) violation of the Eighth Amendment against Corrections Officer ("CO") Jane Doe and CO Benson; (2) conspiracy against CO Jane Doe and CO Benson; and (3) First Amendment retaliation against CO Davis. (Doc. Nos. 10, 12.)

Plaintiff has filed a motion stating that officials at KVSP have on numerous occasions denied him access to the law library and to copying services; he asks the court to issue an order granting him access. (Doc. No. 36.) Defendants have not filed a response. The court requires a response to plaintiff's motion.

Accordingly,

1. Defendants must file and serve their response to plaintiff's motion (Doc. No. 36) within 21 days of the service of this order.
2. Plaintiff may file a reply in support of his motion within 14 days of the service of defendants' response.

IT IS SO ORDERED.

Dated:   June 6, 2018           /s/ *Jeremy D. Peterson*
                                            UNITED STATES MAGISTRATE JUDGE