# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>Plaintiff,<br><br>v.<br><br>R. ST. ANDRA, et al.,<br><br>Defendant. | Case No. 1: 17-cv-0328 LJO JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S REQUEST FOR AN ORDER DIRECTING ACCESS TO THE LAW LIBRARY<br><br>(ECF. No. 42.) |

Plaintiff Efren Danielle Bullard is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2018, Plaintiff filed a motion requesting a court order to allow Plaintiff monthly access to the law library. (ECF No. 36.) On August 17, 2018, the assigned Magistrate Judge construed Plaintiff's motion as seeking injunctive relief directing action by a non-party and recommended that it be denied because the Court lacks personal jurisdiction over officials at Kern Valley State Prison. (ECF No. 42.) The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. Over fourteen days have passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

1

*de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an order directing Kern Valley State Prison to provide plaintiff with access to the law library (ECF No. 36) be DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **September 4, 2018** **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE