# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>Plaintiff,<br><br>v.<br><br>BENSON, et al.,<br><br>Defendants. | Case No. 1:17-cv-00328-LJO-JDP (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**<br><br>**(Docs. 53, 54)** |

Plaintiff Efren Danielle Bullard is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 19, 2018, the Magistrate Judge filed Findings and Recommendations which were served on the parties and which contained notice to the parties that objections were to be filed within fourteen days. Neither side filed any objections. Local Rule 304(b), (d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on October 19, 2018 (Doc. 54) is adopted in full; and

/ / /

/ /

1

2. Plaintiff's motion for injunctive relief filed on October 15, 2018 (Doc. 53) is DENIED.

IT IS SO ORDERED.

Dated: **November 13, 2018**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE