

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENSON, et al.,,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00328-LJO-JDP (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE EFREN DANIELLE BULLARD, CDCR #K-06415 |

　　　Plaintiff Efren Danielle Bullard, a state prisoner, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983.

　　　A settlement conference in this matter commenced on January 18, 2019. Inmate Efren Danielle Bullard, CDCR #K-06415 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 1/18/19

_____
UNITED STATES MAGISTRATE JUDGE

1