UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>BENSON, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-00328-LJO-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR DISCOVERY FOR DEFENDANT KISTER-COOPER<br><br>ECF No. 67 |

Plaintiff Efren Danielle Bullard is proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On February 15, 2019, plaintiff moved the court to modify the scheduling order to allow "an additional (60) sixty days for discovery only for Defendant Kister-Cooper." ECF No. 67 at 1. Plaintiff explains that more time is necessary because defendant Kister-Cooper, who was originally named by plaintiff as Jane Doe, only recently filed an answer. *Id.* On March 8, 2019, defendants filed a statement of non-opposition to plaintiff's motion. ECF No. 68.

Good cause appearing, plaintiff's motion, ECF No. 67, is granted. With regard to defendant Kister-Cooper only, the discovery deadline, currently set for March 6, 2019, ECF No. 50, is extended to May 5, 2019. Considering this extension, the court will also extend the dispositive motion deadline for all parties, currently set for April 6, 2019, ECF No. 50, to June 5,

1

2019.

IT IS SO ORDERED.

Dated: March 12, 2019

_____
UNITED STATES MAGISTRATE JUDGE