UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>BENSON, *et al*.<br><br>    Defendants. | Case No. 1:17-cv-00328-LJO-JDP<br><br>ORDER SCHEDULING A TELEPHONIC HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>ECF No. 71<br><br>ORDER DENYING PLAINTIFF'S MOTION TO HAVE ALL FUTURE PROCEEDINGS CONDUCTED TELEPHONICALLY<br><br>ECF No. 74 |

    Plaintiff Efren Bullard is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On May 9, 2019, Bullard filed a motion to compel discovery responses from defendant Kister-Cooper. *See* ECF No. 71. On May 20, defendant Kister-Cooper opposed Bullard's motion, arguing—among other things—that the motion is moot because Bullard did, in fact, receive the responses at issue. *See* ECF No. 72 at 2 ("Plaintiff's motion is moot and appears to have been filed in anticipation of not receiving a response."). Bullard has not replied to this opposition.

    I hereby set this matter for a Telephonic Discovery Conference for October 1, 2019, at 2:00 pm Pacific Time in the Yosemite Valley District Courthouse. To appear telephonically, each party is to use the following dial-in number and passcode: dial-in number (888) 204-5984;

| | |
|---|---|
| 1 | passcode 4446176.  Plaintiff shall arrange with the staff at his institution of confinement for his |
| 2 | attendance at the conference.  Plaintiff's institution of confinement shall make him available |
| 3 | for the conference at the date and time indicated above.  Prior to the conference, defense |
| 4 | counsel shall confirm with plaintiff's institution of confinement that arrangements have been |
| 5 | made for plaintiff's attendance. |
| 6 |     The parties are encouraged to confer on this matter prior to the hearing.  If the parties |
| 7 | agree that the issue is moot, they should inform me by a joint statement at least 48 hours before |
| 8 | the hearing. |
| 9 |     Plaintiff has also moved to have all future proceedings conducted by telephone.  *See* ECF |
| 10 | No. 74.  While I will certainly take plaintiff's incarcerated status into account when arranging |
| 11 | future hearings, and while I expect that most (if not all) hearings can indeed be conducted |
| 12 | telephonically, I will decide this issue on a case-by-case basis.  Plaintiff's motion is thus |
| 13 | denied. |
| 14 |     The clerk is directed to send a copy of this order to the litigation coordinator at Centinela |
| 15 | State Prison. |

IT IS SO ORDERED.

Dated:     September 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205

2