UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>BENSON, *et al*.<br><br>    Defendants. | Case No. 1:17-cv-00328-LJO-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT<br><br>ECF No. 71 |

I have received the parties' joint statement agreeing that plaintiff's motion to compel, ECF No. 71, is moot. Plaintiff's motion to compel is therefore denied as moot. I will, however, retain the telephonic hearing scheduled for October 1, and use it as an opportunity to discuss the status of the case and a new deadline for dispositive motions.

IT IS SO ORDERED.

Dated: __October 1, 2019__                      _____
                                               UNITED STATES MAGISTRATE JUDGE

No. 205

1