UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>Plaintiff,<br><br>v.<br><br>BENSON, *et al*.<br><br>Defendants. | Case No. 1:17-cv-00328-LJO-JDP<br><br>ORDER SETTING NEW DEADLINE FOR DISPOSITIVE MOTIONS<br><br>Deadline: **November 1, 2019** |

The new deadline for any remaining dispositive motions in this case is **November 1, 2019**. No extension will be granted absent extraordinary circumstances. The other deadlines set by the earlier trial scheduling order remain the same. *See* ECF No. 26.

IT IS SO ORDERED.

Dated: __October 9, 2019__  
_____  
UNITED STATES MAGISTRATE JUDGE

No. 205

1