UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>BENSON, *et al.*,<br><br>    Defendants. | Case No.  1:17-cv-00328-NONE-JDP<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL<br><br>ECF No. 85 |

Plaintiff Efren Bullard is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On May 19, 2020, plaintiff filed a second motion requesting appointment of counsel. ECF No. 85. The motion is substantially similar to plaintiff's original motion requesting counsel, *see* ECF No. 49, and is denied without prejudice for the same reasons, *see* ECF No. 51. The court may revisit this issue at a later stage of the proceedings if the interests of justice so require. However, circumstances in this case have not changed enough to warrant the appointment of counsel.

1

1
2   IT IS SO ORDERED.
3
4   Dated:    May 22, 2020                           _____
                                                     UNITED STATES MAGISTRATE JUDGE
5
6   No. 205.

2