UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN D. BULLARD,<br><br>    Plaintiff,<br><br>v.<br><br>FNU BENSON, ET AL,<br><br>    Defendants. | Case No. 1:17cv00328-NONE-HBK<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT EFREN DANIELLE BULLARD, CD K-06415<br><br>**DATE: March 25, 2021**<br>**TIME: 10:00 a.m.** |

Plaintiff Efren D. Bullard, inmate no. K-06415, is a necessary and material witness needed to participate in a Zoom settlement conference occurring in this case on March 25, 2021. Plaintiff is confined at Centinela State Prison (921) and is in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for the Zoom video conference occurring on March 25, 2021 at 10:00 a.m. before the undersigned United States Magistrate Judge.

**ACCORDINGLY, IT IS ORDERED:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Defense counsel will provide the Litigation Office at Centinela State Prison the undersigned's Zoom video conference connection information.

4. The **Clerk of the Court** is directed to serve a copy of this order to the Litigation Coordinator at the Centinela State Prison and confirm same on the docket.

5. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Kirstie Dunbar-Kari, Courtroom Deputy, at kdunbar-kari@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of Centinela State Prison**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings held on the Zoom videoconference, or as ordered by the court;

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

March 17, 2021

_____
Magistrate Judge Helena Barch-Kuchta



2