UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. ST. ANDRA, FNU DAVID, FNU BENSON,<br><br>　　　　　Defendants. | Case No. 1:17-cv-328-NONE-HBK<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO ALL DEFENDANTS<br><br>(Doc. No. 114) |

On May 14, 2021, following a settlement conference before the undersigned, the parties filed a joint Stipulation for Dismissal with prejudice, noting each party will bear its own costs and attorneys' fees. (Doc. No. 114).

ACCORDINGLY, it is **ORDERED**:

Pursuant to the parties' joint Stipulation of Dismissal (Doc. No. 114) the above-captioned action is dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).
IT IS SO ORDERED.

Dated: 　May 21, 2021　

　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1