UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>             Plaintiff,<br><br>    v.<br><br>BENSON, et al.,<br><br>             Defendants. | No. 1:17-cv-00328-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 122) |

Plaintiff Efren Danielle Bullard is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion seeking to find defendants in breach of settlement agreement be denied. (Doc. No. 122.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 29, 2022 (Doc. No. 122) are adopted;

2. Plaintiff's motion for breach of settlement agreement (Doc. No. 117) is denied; and

3. This case remains pursuant to the stipulation of voluntary dismissal and subsequent order. (See Doc. Nos. 114, 115.)

IT IS SO ORDERED.

Dated: **April 25, 2022**

_____
UNITED STATES DISTRICT JUDGE

2